IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02045-RPM-MEH

CHRISTY L. NELSON,

      Plaintiff,

v.

SILVERMAN LAW FIRM, P.C.,

      Defendant.
_____

ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation of Voluntary Dismissal with Prejudice (Doc. #7), filed on February 6, 2007, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own attorney fees and costs.

      DATED:  February 6th, 2007

                                           BY THE COURT:

                                           s/ Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge